# United States Court of Appeals
## For the First Circuit

No. 21-1612

UNITED STATES OF AMERICA,

Appellee,

v.

JONATHAN MONSON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on June 26, 2023, is amended as follows:

On page 9, line 22 replace "The" with "[t]he"

On page 29, line 11 replace "Deordio" with "<u>Deordio</u>"